UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERRIOZABAL,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL D. McDONALD, Warden,<br><br>    Respondent. | No. CV 10-7133-PA (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 1, 2012

                                      PERCY ANDERSON
                                United States District Judge